FIL
CHARLO1

MAY 1 8 20..

U.S. DISTRICT ......
WESTERN DISTRICT ...

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN THE MATTER OF THE SEARCH OF:     ) NO. **3:15mj 192**

**3312 OBERLIN LANE,**
**CHARLOTTE, NORTH CAROLINA 28262**

)
)
)
)
)
)
)
)
)

## ORDER SEALING SEARCH AND SEIZURE WARRANT AND
## AFFIDAVIT AND APPLICATION

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, Acting United States Attorney for the Western District of North Carolina, for an Order directing that the Search and Seizure Warrant and Affidavit and Application, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Search and Seizure Warrant and Affidavit and Application, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the _18_ day of May, 2015.

_____
THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE